**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01477-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

RICHARD S. JONES,

       Plaintiff,

v.

RICK RAEMISCH, in his official as Executive Dir. of Colo. Dept. of Corrections, and in
      his individual capacity,
ARISTEDES ZAVARIS, (former) Executive Dir. of the Colo. Dept. of Corrections, and in
      his individual capacity,
CYNTHIA COFFMAN, in her official as Colorado State Attorney General, and in her
      individual capacity,
JOHN SUTHERS, (former) Colorado State Attorney General, and in his individual
      capacity,
JOSEPH WHITE, Community Parole Officer, Colo. Div. of Adult Parole, and in his
      individual capacity,
TIMOTHY BOULTON, Community Parole Officer, Colo. Div. of Adult Parole, and in his
      individual capacity,
MICKEY HECKENBACH, Community Parole Officer, Colo. Div. of Adult Parole, and in
      her individual capacity, and
SAMUEL LEAL, Community Parole Officer, Colo. Div. of Adult Parole, and in his
      individual capacity,

       Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

      Plaintiff, a Colorado state prisoner, has submitted to the court a Prisoner

Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 (ECF No. 2).  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1(b), the court has determined that the documents are deficient as

described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   __      is not submitted
(2)   __      is missing affidavit
(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __      is missing certificate showing current balance in prison account
(5)   __      is missing required financial information
(6)   xx      is missing authorization to calculate and disburse filing fee payments
(7)   __      is missing an original signature by the prisoner
(8)   __      is not on proper form (must use the court's current form)
(9)   __      names in caption do not match names in caption of complaint, petition or habeas application
(10)   __      other: _____.

**Complaint, Petition or Application**:
(11)   __      is not submitted
(12)   __      is not on proper form
(13)   __      is missing an original signature by the prisoner
(14)   __      is missing page nos. ___
(15)   __      uses et al. instead of listing all parties in caption
(16)   __      names in caption do not match names in text
(17)   __      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   __      other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED July 13, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge