IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01477-GPG

RICHARD S. JONES,

    Plaintiff,

v.

RICK RAEMISCH, in his official as Executive Dir. of Colo. Dept. of Corrections, and in his individual capacity,
ARISTEDES ZAVARIS, (former) Executive Dir. of the Colo. Dept. of Corrections, and in his individual capacity,
CYNTHIA COFFMAN, in her official as Colorado State Attorney General, and in her individual capacity,
JOHN SUTHERS, (former) Colorado State Attorney General, and in his individual capacity,
JOSEPH WHITE, Community Parole Officer, Colo. Div. of Adult Parole, and in his individual capacity,
TIMOTHY BOULTON, Community Parole Officer, Colo. Div. of Adult Parole, and in his individual capacity,
MICKEY HECKENBACH, Community Parole Officer, Colo. Div. of Adult Parole, and in her individual capacity, and
SAMUEL LEAL, Community Parole Officer, Colo. Div. of Adult Parole, and in his individual capacity,

    Defendants.

## ORDER OF DISMISSAL

On August 27, 2015, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restriction in § 1915(g). The Court also ordered Plaintiff to pay the full amount of $400.00 ($350.00 filing fee, plus a $50.00 administrative fee) within thirty days if he wishes to pursue his claims in this action. The Court warned Plaintiff that the action would be dismissed without further notice if he failed to pay the full amount of $400.00 within thirty days.

Plaintiff has not paid the filing and administrative fees within the time allowed as directed. Instead, on September 23, 2015, Plaintiff filed a document titled "Order to Pay Filing Fee to Proceed in 15CV01477" (ECF No. 9) asserting that the Court has the authority to extract the required funds from his inmate account and that he has a constitutional and God-given right to present his claims to the Court. The Court is not persuaded. Plaintiff is required to prepay the entire filing fee because he is subject to the filing restriction in § 1915(g). Furthermore, there is no fundamental right to proceed *in forma pauperis* in a civil case. *See White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 2003).

The instant action will be dismissed because Plaintiff failed to pay the filing and administrative fees as directed. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to pay the required filing and administrative fees as directed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on

appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  1st  day of    October   , 2015.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court